**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ramon ASTILLERO, Respondent.**

Supreme Court of Pennsylvania.

Sept. 29, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of September, 1997, the Petition for Allowance of Appeal is

---

3. The Prothonotary is hereby directed to transmit to the Governor's Office the full and complete record of the trial, sentencing hearing, imposi-tion of sentence and review by the Supreme Court of Pennsylvania pursuant to 42 Pa.C.S. § 9711(i).

Granted and the order of the Superior Court is **Reversed.** *See Commonwealth v. Williams,* 547 Pa. 577, 692 A.2d 1031 (1997).